IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNENVIRONMENT and SIERRA CLUB,<br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>GENON NORTHEAST MANAGEMENT COMPANY,<br>　　　　　　Defendant. | Civil Action No. 07-475<br>Magistrate Judge Robert C. Mitchell |

## ORDER

AND NOW, this 21st day of March, 2011, upon consideration of Plaintiffs' Motion for Partial Summary Judgment [ECF No. 94], in which Plaintiffs seek judgment solely on the issue of Defendant's liability under the Clean Water Act ("CWA"), 33 U.S.C. §§ 1251, *et seq*, IT IS HEREBY ORDERED that the motion is GRANTED, and that the only remaining issue for trial is the appropriate damages.

　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　/s/ Robert C. Mitchell
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:  All counsel of record by NEF